UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LYNDO JONES, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-0117-B |
| | § | |
| CITY OF MESQUITE TEXAS, and | § | |
| DERRICK WILEY, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's (City's) 12(b)(6) Motion to Dismiss Plaintiff's Complaint*, filed February 7, 2018 (doc. 8), is **GRANTED**. By separate judgment, all of the plaintiff's claims against the defendant City of Mesquite, Texas will be **DISMISSED** for failure to state a claim upon which relief can be granted. The Plaintiff has thirty (30) days to amend his pleadings.[1]

SIGNED this 13th day of August, 2018.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] The amendments are limited to the claims already pled.