IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LYNDO JONES,<br>    Plaintiff, | §<br>§<br>§ | |
| | § | CIVIL ACTION NO. 3:18-CV-00117-B |
| v. | §<br>§ | |
| | § | JURY TRIAL DEMANDED |
| | § | |
| CITY OF MESQUITE, TEXAS AND DERRICK WILEY,<br>    Defendants. | §<br>§ | |

## REPORT TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff and files this Report to the Court in connection with the retrial for the criminal prosecution of Defendant Derick Wiley.

On July 15, 2019, the retrial for the criminal prosecution of Derick Wiley started. After a week of trial, on July 19, 2019, both sides rested and immediately thereafter the case was given to the jury for deliberations. The Jury will resume deliberations and are likely to reach a decision as early as today, thereby making the Motion for a Stay to Secure a Fair Trial or in the Alternative, Motion for Protective Order (Doc. 34), moot.

    Respectfully submitted,

    WASHINGTON LAW FIRM, P.C.

    By: /s/ Daryl K. Washington
        Daryl K. Washington
        Texas Bar No. 24013714
        325 N. St. Paul, Suite 3950
        Dallas, Texas 75201
        dwashington@dwashlawfirm.com
        Telephone: (214) 880-4883
        Facsimile: (214)751-6685
        **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 22, 2019, the foregoing pleading was filed with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

                                        /s/ Daryl K. Washington
                                        DARYL K. WASHINGTON